# Third District Court of Appeal

## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1197
Lower Tribunal No. F09-19928A

_____

**Keith Wromas, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Keith Wromas, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.